DISCIPLINARY COUNSEL *v.* STOKES.

[Cite as *Disciplinary Counsel v. Stokes*, ___ Ohio St.3d ___, 2016-Ohio-5128.]

(No. 2014-1905—Submitted July 26, 2016—Decided July 28, 2016.)

ON APPLICATION FOR REINSTATEMENT.

_____

**{¶ 1}** This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Angela Rochelle Stokes, Attorney Registration No. 0025650, last known address in Bratenahl, Ohio.

**{¶ 2}** The court coming now to consider its order of December 18, 2014, wherein the court, pursuant to former Gov.Bar R. V(5a)(B), imposed an interim remedial suspension, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

**{¶ 3}** Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio. It is further ordered that respondent's reinstatement is conditioned upon her continued compliance with her agreement to never run for, seek, appointment to, or hold any judicial position in any Ohio state court, excluding federal court positions.

**{¶ 4}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

**{¶ 5}** For earlier case, see *Disciplinary Counsel v. Stokes*, 143 Ohio St.3d 1217, 2014-Ohio-5536, 35 N.E.3d 524.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____